AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Tyrone Perry,

**SUMMONS IN A CIVIL ACTION**

V.

The City of New York, et al.
[See attached]

CASE NUMBER:

07 CV 7347

JUDGE CASTEL

TO: (Name and address of Defendant)

New York City
Law Department
100 Church Street, 4th floor
New York, New York  10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**           AUG 1 7 2007

CLERK                            DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrone Perry,

              Plaintiff,

            -against-

The City of New York; New York City Police Officer Prince Williams, shield number 04031, New York City Police Officers John Does 1 through 5,

              Defendants

CITY OF N.Y. LAW DEPART.
OFFICE OF CORP. COUNSEL
2007 AUG 21 AM 11 11

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-21-07 |
| NAME OF SERVER (PRINT) Danny Vizuete | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: New York City law Dept. 100 Church St, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/21/07
            Date            Signature of Server

233 Broadway, Suite 2208 NY 10279
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.