# MEMO ENDORSED



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

AMY N. OKEREKE
*Assistant Corporation Counsel*
(212) 788-9790
(212) 788-9776 (fax)
aokereke@law.nyc.gov

September 10, 2007

**BY HAND**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

RECEIVED SEP 11 2007 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

Re: Tyrone Perry v. City of New York, et al.
07 Civ. 7347 (PKC)

Your Honor:

*Application granted. SO ORDERED. [signature] 9-11-07*

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. Defendant respectfully requests that its time to respond to the complaint in this action be extended for sixty days from September 10, 2007 to November 9, 2007.[1] Plaintiff's counsel consents to this request.

Plaintiff alleges that he was falsely arrested and strip searched following an incident on March 21, 2006, in which plaintiff claims he was arrested by New York City Police Officers. Moreover, plaintiff asserts that the criminal charges brought against him were dismissed on June 12, 2006. An enlargement of time will give this office the opportunity to investigate these allegations in accordance with our obligations under Rule 11 of the Federal Rules of Civil Procedure and to acquire as much information as possible concerning this matter in order to properly assess the case and respond to the complaint. Currently, this office is in the process of forwarding to plaintiff for his execution a consent and authorization for the release of records that may have been sealed pursuant to New York Criminal Procedure Law § 160.50.

---

[1] According to plaintiff's counsel, the individually named defendant, Police Officer Prince Williams, has been served with the summons and complaint. Without appearing on his behalf, or making any representations as to the adequacy of process on him, it is respectfully requested that, if he has been properly served, the same extension be granted to him in order to ensure that his defenses are not jeopardized while representation issues are being decided.