```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
TYRONE PERRY                             :
                                         :
                Plaintiff,               :    07 Civ. 7347 (PKC)
                                         :
     -against-                           :    STIPULATION AND
                                         :    ORDER OF DISMISSAL
THE CITY OF NEW YORK, et al.             :
                                         :
                Defendants,              :
                                         :
----------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

It having been reported to this Court that the above entitled action has been settled,

It is, on this 20ST day of February, 2008.

ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within Ninety (90) days of the date of this Order, the action may be restored to the Court's calendar for good cause shown.

Dated:  New York, New York
        February 20, 2008

CONSENTED TO:
Darius Wadia, LLC                     New York City Law Department

_____               _____
By: Darius Wadia, Esq.                By: Amy Nkemka Okereke, Esq.
Attorney for Plaintiff                Attorney for Defendants


Dated:  New York, New York
        February ___, 2008

                                      SO ORDERED:

                                      _____
                                      HON. P. Kevin Castel
                                      United States District Judge

                                      2-22-08